**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT DECKER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALLIANT TECHNOLOGIES, LLC,** | : | **NO. 08-5133** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 16th day of May, 2012, upon consideration of the Motion of Defendant Alliant Technologies for Summary Judgment (Doc. No. 26), Plaintiff Robert Decker's response thereto (Doc. No. 32), and Alliant's reply (Doc. No. 34), following oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion (Doc. No. 26) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge